**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MV Realty PBC, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **777 Partners 600 Brickell Avenue 19th Floor Miami, FL 33131** | | | | | | $101,750.60 |
| **Advance I, LLC 2321 Club Meridian Drive Suite B Okemos, MI 48864** | | | | | | $203,073.60 |
| **All Star Notaries, LLC 6615 W Boynton Beach Blvd #394 Boynton Beach, FL 33437** | | | | | | $193,479.50 |
| **Carpenter Lipps & Leland LLP 280 Plaza Suite 1300 280 North High Street Columbus, OH 43215** | | | | | | $105,396.97 |
| **Covington & Burling, LLP One City Center 850 Tenth Street, NW Washington, DC 20001** | | | | | | $1,356,982.10 |
| **Craft Recruiting, LLC 197M Boston Post Rd W #321 Marlborough, MA 01752** | | | | | | $115,000.00 |

Debtor  **MV Realty PBC, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DLA Piper, LLP 200 S Biscayne Blvd Suite 2500 Miami, FL 33131** | | | | | | **$1,436,258.87** |
| **DOT818, LLC 550 N Brand Blvd. 20th Floor Glendale, CA 91203** | | | | | | **$284,352.84** |
| **FedEx 942 S. Shady Grove Road Memphis, TN 38120** | | | | | | **$161,934.96** |
| **Foley & Lardner, LLP One Independent Drive Suite 1300 Jacksonville, FL 32202** | | | | | | **$252,862.82** |
| **Goodwood, Inc. 212 King Street West Suite 200 Toronto ON M5H 1K5 Canada** | | | | | | **$175,003.20** |
| **Haynsworth Sinker 201 Maint Street 22nd Floor Columbia, SC 29201** | | | | | | **$121,317.44** |
| **Hoffman Alvary & Company, LLC Seven Wells Avenue Newton Center, MA 02459** | | | | | | **$275,643.00** |
| **Holland & Knight PO Box 936937 Atlanta, GA 31193** | | | | | | **$2,350,005.64** |
| **Kelly and Associates, Inc. 818 Cennecticut Ave NW FL 11 Washington, DC 20006** | | | | | | **$104,462.00** |
| **Lewis Roca 201 E Washington Street Suite 1200 Phoenix, AZ 85004** | | | | | | **$188,846.71** |

Debtor  **MV Realty PBC, LLC**
<br>Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nelson Mullins One Wells Fargo Center 23rd Floor 301 S. College Street Charlotte, NC 28202** | | | | | | **$324,773.01** |
| **Pashman Stein Walder Hayden 21 Main Street Suite 200 Hackensack, NJ 07601** | | | | | | **$440,556.17** |
| **Tier2Tek Ltd 601 16th Street Suite C#261 Golden, CO 80401** | | | | | | **$391,000.00** |
| **Wachtell Lipton Rosen & Katz 51 West 52nd Street New York, NY 10019** | | | | | | **$159,971.02** |