**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-17590-EPK |
| MV REALTY PBC, LLC *et al.*, | CHAPTER 11 |
| Debtors[1]. | (Joint Administration Pending) |

**CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtors file this *Consolidated Chapter 11 Case Management Summary*[2] and states as follows[3]:

The following data represents approximations for background information only and the information may represent the Debtors' best estimates in response to some of the ensuing questions. The Debtors reserve the right to amend the following information, including, without limitation, in

---

[1] The last four digits of the Debtors' federal tax identification numbers are: *MV Realty, PBC LLC (Florida) (6755), MV Realty Holdings, LLC (3483), MV Receivables II, LLC (9368), MV Receivables III, LLC, MV Realty PBC, LLC (Pennsylvania) (7301), MV Realty of South Carolina, LLC (7322), MV Realty of North Carolina, LLC (3258), MV of Massachusetts, LLC (0864), MV Realty of Illinois, LLC (8814), MV Realty of Arizona, LLC (2725), MV Realty of Connecticut, LLC (8646), MV Realty PBC, LLC (Georgia) (6796), MV Realty of New Jersey, LLC (5008), MV Realty of Washington, LLC (7621), MV Realty of Maryland, LLC (9945), MV Realty of Virginia, LLC (2129), MV Realty of Tennessee, LLC (7701), MV Realty of Wisconsin, LLC (2683), MV Realty of Nevada, LLC (0799), MV Realty of Oregon, LLC (3046), MV Realty of Utah, LLC (4543), MV Realty of Minnesota, LLC (1678), MV Realty of Indiana, LLC (3566), MV Realty of Missouri, LLC (6503), MV Homes of New York, LLC (2727), MV Realty of Idaho, LLC (8185), MV Realty of Alabama, LLC (6462), MV Realty of Colorado, LLC (1176), MV Realty of Oklahoma, LLC (8174), MV Realty of Louisiana, LLC (3120), MV Realty of Kansas, LLC (2304), MV Realty of Kentucky, LLC (2302), MV Realty of California, LLC (7499), MV Realty of Texas, LLC (7182), MV Realty of Michigan, LLC (5280), and MV Realty of Ohio, LLC (0728).*

[2] Request pending with the Court and without prejudice to the rights of the United States Trustee to require each of the Debtors to prepare and file a separate *Case Management Summary*.

[3] The Debtors reserve the right to amend the information contained herein as updates may be input into accounting records. Additionally, the information contained herein is without prejudice to, or waiver of, the Debtors' rights, claims, defenses, and objections, including, without limitation, the right to object to (a) any claim, (b) any claims for fees, costs, and interest, (c) the extent, validity, and priority of any lien, and (d) seek the avoidance and recovery of any avoidance action under Chapter 5 of the Bankruptcy Code.

connection with the filing of schedules and statement of financial affairs:

1. DATE OF ORDERS FOR RELIEF UNDER CHAPTER 11:

    September 22, 2023

2. NAMES, CASE NUMBERS AND DATES OF FILING OF RELATED DEBTORS:

    See attached Exhibit "A"

3. DESCRIPTION OF DEBTOR'S BUSINESS:

    MV Realty PBC, LLC ("PBC") is the servicer which operates from premises located at 815 Broken Sound Parkway, Boca Raton, Florida 33487. Currently, PBC has 80 full-time employees and also uses the services of 156 independent contractors, who receive 1099s.

    PBC was founded in 2014 and initially operated as a traditional real estate brokerage firm. In October 2018, PBC began focusing its efforts on developing and marketing a unique product to residential homeowners.

    In or around October 2018, PBC implemented the "Homeowner Benefit Program" (the "HBP"). As part of the HBC, the MV Realty Subs[4] enter "Homeowner Benefit Agreements" (the "HBA") with residential homeowners. The HBA is a forward listing contract pursuant to which the MV Realty Subs pay an upfront cash payment to homeowners in exchange for the exclusive right to list a homeowner's home if and when the homeowner decides to sell their home. The term of the HBA is forty (40) years subject to certain early termination events.

    In accordance with an HBA, a selling homeowner lists their home with the applicable MV Realty Sub, which then lists and sells the home for a standard commission, including any participating broker commission. In the event the home does not sell within six (6) months, the homeowner may terminate the HBA at no cost and without penalty. The HBA is not a listing agreement.

    In the event a homeowner breaches the HBA, which results in an early termination of the HBA, the MV Realty Subs are typically entitled to a termination fee equal to three percent (3%) of the greater of (a) the fair market value of the home at the time the HBA is executed, and (b) the fair market value at the time of breach or early termination.

    Additionally, the MV Realty Subs reserves the right to record a memorandum or other similar notice of the HBA in the public records in the county in which the

---

[4] All Debtors other than Holdings, Receivables II, and Receivables III.

real estate is located. Although the HBAs are governed by the laws of the state in which the HBA is entered, the terms of the HBAs and Memoranda are substantively consistent from state to state.

At the present time, the MV Realty Subs are parties to approximately 34,000 HBAs.

4. LOCATIONS OF DEBTORS' OPERATIONS AND WHETHER THE BUSINESS PREMISES ARE LEASED OR OWNED:

PBC operates from leased premises located at 815 Broken Sound Parkway, Suite 140, Boca Raton, FL 33487. PBC also leases premises at (a) 219 N. Dixie Highway, Delray Beach, FL 33444, and (b) 815 Broken Sound Parkway, Suite 155, Boca Raton, FL 33487 (which is sublet for $8,584.00 per month). Total rent is approximately $38,000.00 per month, excluding collection of sub-rent.

5. REASONS FOR FILING CHAPTER 11:

Since November 29, 2022, the states of Florida, Pennsylvania, Massachusetts, Ohio, North Carolina, New Jersey, and Indiana commenced actions against certain of the MV Realty Subs (collectively, the "State Actions"). PBC is a named defendant in the State Actions commenced by the states of Florida, Pennsylvania, New Jersey, North Carolina, Massachusetts, and Indiana. Other individual officers and licensed real estate brokers working in connection with the HBAs are named in nearly all State Actions. The allegations asserted in the State Actions range from telemarketing violations to unfair or deceptive trade practices.

The defendants vigorously oppose the State Actions and contend that the HBAs comply with all applicable laws. The Debtors previously engaged national and well-recognized local law firms prior to implementing the HBP in each state, who advised as to compliance with state and other applicable laws with respect to the sales and marketing of the HBP and HBAs, as well as with respect to the terms and conditions of the HBAs and related agreements.

In defending against the State Actions, the Debtors have spent and incurred millions of dollars in legal fees, and the Debtors' personnel have devoted substantial time in connection with assisting defense counsel.

The Debtors commenced these Chapter 11 proceedings to protect and maximize the value of their assets and for the purpose of implementing one or more strategies aimed at alleviating or otherwise minimizing the financial strain of the State Actions. The Debtors also intend to protect the assets from any adverse creditor action, and otherwise preserving estate assets for the benefit of all creditors.

6. LIST OF OFFICERS AND DIRECTORS, IF APPLICABLE, AND THEIR SALARIES AND BENEFITS AT THE TIME OF FILING AND DURING THE ONE (1) YEAR PRIOR TO FILING:

| Executive | Current Compensation | Effective Date of Increase | Prior Compensation |
|---|---|---|---|
| Antony Mitchell, CEO | $350,000.00 | | |
| Steven Scott, Sr. VP Bus. Dev. | $200,000.00 | | |
| Micchael Bolek, IT | $175,000.00 | June 6, 2023 | $137,500.00 |
| David Manchester, Sales Mgr. | $250,000.00 | September 1, 2023 | $200,000.00 |
| Amanda Zachman, Sales Mgr. | $200,000.00 | August 1, 2023 | $150,000.000 |

Employees are also offered medical, dental, and vision insurance.

7. DEBTOR'S FISCAL OR CALENDAR YEAR-TO-DATE GROSS INCOME AND THE DEBTORS' GROSS INCOME FOR THE CALENDAR OR FISCAL YEAR PRIOR TO THE FILING OF THIS PETITION*:

  2023:  $ 8,755,744.96 (July 31, 2023)
  2022:  $ 12,871,849.16
  2021:  $ 5,154,824.00

8. AMOUNTS OWED TO VARIOUS CREDITORS:

 a. OBLIGATIONS OWED TO PRIORITY CREDITORS INCLUDING PRIORITY TAX OBLIGATIONS:

  NONE.

 b. WITH RESPECT TO CREDITORS HOLDING SECURED CLAIMS, THE NAME OF AND AMOUNTS OWED TO SUCH CREDITORS AND A DESCRIPTION AND ESTIMATED VALUE OF ALL COLLATERAL OF THE DEBTOR SECURING THEIR CLAIMS:

| Creditor | Amount Owed | Collateral Value* |
|---|---|---|
| Monroe Capital | $40,000,633.08 | $89,315,255.77 |
| Goodwood I | $7,408,275.82 | $12,656,966.30 |
| Goodwood II | $4,460,000.00 | $6,106,069.54 |

* net present value of HBAs securing the obligations

  The Monroe Capital loan is secured by (a) pledge of Holdings' equity in PBC, (b) pledge of PBC's equity in the MV Realty Subs, and (c) UCC-1 liens recorded against the MV Realty Subs.

   The Goodwood I Loan is secured by a UCC-1 recorded against Receivables I.
   The Goodwood II Loan is secured by a UCC-1 recorded against Receivables II.

 c. APPROXIMATE AMOUNTS OF UNSECURED CLAIMS:

    PBC: $ 21,723,479.85
    Holdings: $20,157,156.17

9. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF THE DEBTORS' ASSETS:

The Debtor's primary assets consist of cash, accounts receivable, and HBAs. The estimated values are as follows:

   Cash: $309,349.27 (September 18, 2023)
   Accounts Receivable: $217,654.55.00 (July 31, 2023)
   Furniture, Equip., IT equipment: $306,066.95
   HBAs (Net Present Value): $120,939,827.82

10. LIST OF ALL INSURANCE POLICIES, THE PROPERTY COVERED UNDER THE POLICY, THE NAME OF THE INSURER, THE POLICY NUMBER, AMOUNT OF COVERAGE, WHETHER THE PREMIUM IS CURRENT, THE DATE THE NEXT PREMIUM IS DUE AND DATE THE POLICY EXPIRES:

  See attached Exhibit "B"

11. NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE:

80 employees (through TriNet staffing co.). TriNet processes and pays the payroll and taxes, and then invoices PBC for payment. Payroll is processed on the 15th and 30th days of each month.

The most recent payroll was processed and paid on September 15th for the period September 1-15, 2023.

The Debtors also use the services of 156 people, who are issued 1099s. Payments are processed through ADP.

12. STATUS OF DEBTORS' PAYROLL AND SALES TAX OBLIGATIONS, IF APPLICABLE. THIS DOES NOT ELIMINATE THE OBLIGATION OF CHAPTER 11 DEBTORS (OTHER THAN INDIVIDUALS NOT ENGAGED IN BUSINESS) TO PROVIDE THE MORE DETAILED PAYROLL TAX INFORMATION REQUIRED BY LOCAL RULE 2081-1(A):

PBC is current on payroll tax obligations.

13. ANTICIPATED EMERGENCY RELIEF TO BE REQUESTED WITHIN 14 DAYS FROM THE PETITION DATE:

*Motion for Order Authorizing Continued Use of Existing Cash Management System and Bank Accounts*

*Ex-Parte Motion for Authorization to File Consolidated Case Management Summary*

*Motion for Entry of Order (A) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (B) Deeming Utility Providers Adequately Assured of Future Performance, and (C) Establishing Adequate Assurance Procedures With Respect to Utility Providers*

*Ex-Parte Motion For Entry of an Order Directing Joint Administration*

*Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Request for Expedited Hearing*

*Motion for Order Authorizing Payment of Pre-Petition Wages, Withholdings, and Benefits*

*Application for Interim and Final Orders Authorizing Retention of Counsel for Debtors Effective September 18, 2023*

DATE: September 22, 2023

Antony Mitchell
Designated Responsible Party

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Case Management Summary* was served electronically, *via* CM/ECF, upon all parties entitled to receive such notice as of the date filed.

/s/ Michael D. Seese
Michael D. Seese, Esq.
FBN 997323

# EXHIBIT "A"

*Affiliated Debtor Filings*

| *Affiliated Debtor* | FEIN | Case Number | Date Filed |
|---|---|---|---|
| MV Realty, PBC LLC (Florida) | 47-1516755 | 23-17590 | September 22, 2023 |
| MV Realty Holdings, LLC | 85-0523483 | 23-15791 | September 22, 2023 |
| MV Receivables II, LLC | 86-3379368 | 23-15792 | September 22, 2023 |
| MV Receivables III, LLC | 88-0876793 | 23-17593 | September 22, 2023 |
| MV Realty of Alabama, LLC | 87-3916462 | 23-17610 | September 22, 2023 |
| MV Realty of Arizona, LLC | 85-1572725 | 23-17597 | September 22, 2023 |
| MV Realty of California, a California corp. | 87-3947499 | 23-17598 | September 22, 2023 |
| MV Realty of Colorado, LLC | 85-1551176 | 23-17601 | September 22, 2023 |
| MV Realty of Connecticut, LLC | 85-1598646 | 23-17611 | September 22, 2023 |
| MV Realty PBC, LLC (Georgia) | 85-1526796 | 23-17594 | September 22, 2023 |
| MV Realty of Idaho, LLC | 87-3998185 | 23-17612 | September 22, 2023 |
| MV Realty of Illinois, LLC | 85-1628814 | 23-17608 | September 22, 2023 |
| MV Realty of Indiana, LLC | 87-3453566 | 23-17613 | September 22, 2023 |
| MV Realty of Kansas, LLC | 87-4082304 | 23-17614- | September 22, 2023 |
| MV Realty of Kentucky, LLC | 87-4132302 | 23-17615 | September 22, 2023 |
| MV Realty of Louisiana, LLC | 87-4023120 | 23-17616 | September 22, 2023 |
| MV Realty of Maryland, LLC | 85-3499945 | 23-17602 | September 22, 2023 |

| | | | |
|---|---|---|---|
| MV of Massachusetts, LLC | 85-2270864 | 23-17609 | September 22, 2023 |
| MV Realty of Michigan, LLC | 85-2675280 | 23-17617 | September 22, 2023 |
| MV Realty of Minnesota, LLC | 85-2231678 | 23-17618 | September 22, 2023 |
| MV Realty of Missouri, LLC | 87-4066503 | 23-17619 | September 22, 2023 |
| MV Realty of Nevada, LLC | 85-1680799 | 23-17604 | September 22, 2023 |
| MV Realty of New Jersey, LLC | 85-1645008 | 23-17603 | September 22, 2023 |
| MV Homes of New York, LLC | 85-2732727 | 23-17620 | September 22, 2023 |
| MV Realty of North Carolina, LLC | 85-2173258 | 23-17595 | September 22, 2023 |
| MV Realty of Ohio, LLC | 85-2140728 | 23-17605 | September 22, 2023 |
| MV Realty of Oklahoma, LLC, | 87-3978174 | 23-17621 | September 22, 2023 |
| MV Realty of Oregon, LLC | 87-3643046 | 23-17622 | September 22, 2023 |
| MV Realty PBC, LLC (Pennsylvania) | 85-1707301 | 23-17596 | September 22, 2023 |
| MV Realty of South Carolina, LLC | 85-2297322 | 23-17600 | September 22, 2023 |
| MV Realty of Tennessee, LLC | 85-2247701 | 23-17623 | September 22, 2023 |
| MV Realty of Texas, LLC | 85-2637182 | 23-17599 | September 22, 2023 |
| MV Realty of Utah, LLC | 87-3824543 | 23-17624 | September 22, 2023 |
| MV Realty of Virginia, LLC | 85-2552129 | 23-17606 | September 22, 2023 |
| MV Realty of Washington, LLC | 85-3087621 | 23-17607 | September 22, 2023 |
| MV Realty of Wisconsin, LLC | 85-3532683 | 23-17625 | September 22, 2023 |

# EXHIBIT "B"

## MV Realty Insurance Schedule

**2022 to 2023**

| Coverage | Named Insured | Carrier | Policy # | Effective Date |
|---|---|---|---|---|
| Primary D&O - $3M limit excess $50k retention | MV Realty Holdings, LLC | Markel American Ins. Co. | MKLM2MML000716 | 8/28/2022 to 8/28/2023 |
| Employment Practices Liability - $3M limit excess $100k retention (Separate Limits apply to D&O and EPL) | MV Realty Holdings, LLC | Markel American Ins. Co. | MKLM2MML000716 | 8/28/2022 to 8/28/2023 |
| Excess D&O - $3M limit excess $3M underlying limit | MV Realty Holdings, LLC | Scottsdale Indemnity Co. | EKI3444180 | 8/28/2022 to 8/28/2023 |
| Side A Excess DIC - $4M limit excess $6M underlying limit | MV Realty Holdings, LLC | Endurance Assurance Corporation | ADL30001923102 | 8/28/2022 to 8/28/2023 |
| Professional Liability - $5M limit excess $10k retention | MV Realty PBC, LLC | Houston Specialty Insurance Co. | MEO-HS-0001883-01 | 8/14/2022 to 8/14/2023 |
| Excess Professional Liability - $5M limit excess $5M underlying limit | MV Realty PBC, LLC | Evanston Insurance Co. (Markel) | MKLV2XEO000151 | 8/28/2022 to 8/14/2023 |
| Crime - $3M limit excess $25k deductible | MV Realty Holdings, LLC | Hiscox Insurance Co. | UC24533812.22 | 8/28/2022 to 8/28/2023 |
| Cyber - $2M limit excess $5k deductible | MV Realty PBC, LLC | Houston Casualty Co. | H22NGP210161-01 | 8/14/2022 to 8/14/2023 |
| Package - Property, General Liability, Hired & Non-owned Auto | MV Realty PBC, LLC | Accredited Surety and Casualty Co. | 1ABPFL05132132000 | 7/02/2022 to 7/02/2023 |
| Excess Liability - $1M limit | MV Realty PBC, LLC | New Hampshire Insurnace Co | 43753656 | 7/02/2022 to 7/02/2023 |

**2023 to 2024**

| Coverage | Named Insured | Carrier | Policy # | Effective Date |
|---|---|---|---|---|
| Primary D&O - $3M limit excess $50k retention | MV Realty Holdings, LLC | PENDING RENEWAL QUOTES | | |
| Employment Practices Liability - $3M limit excess $100k retention (Separate Limits apply to D&O and EPL) | MV Realty Holdings, LLC | PENDING RENEWAL QUOTES | | |
| Excess D&O - $3M limit excess $3M underlying limit | MV Realty Holdings, LLC | PENDING RENEWAL QUOTES | | |
| Side A Excess DIC - $4M limit excess $6M underlying limit | MV Realty Holdings, LLC | PENDING RENEWAL QUOTES | | |
| Professional Liability - $5M limit excess $50k retention | MV Realty PBC, LLC | Aspen Specialty Insurance Co. | LR00XAT23 | 8/14/2023 to 8/14/2024 |
| Excess Professional Liability - $5M limit excess $5M underlying limit | MV Realty PBC, LLC | Scottsdale Indemnity Company | EKI3492104 | 8/28/2023 to 8/14/2024 |
| Crime - $3M limit excess $25k deductible | MV Realty Holdings, LLC | PROPOSED - PENDING INSURED CONSENT TO BIND | | |
| Cyber - $2M limit excess $5k deductible | MV Realty PBC, LLC | Houston Casualty Co. | H23NGP210161-02 | 8/14/2023 to 8/14/2024 |
| Property Coverage | MV Realty PBC, LLC | PENDING CITIZENS APPROVAL - 10/8 effective date | | |
| General Liability, Hired & Non-owned Auto | MV Realty PBC, LLC | Westchester Surplus Lines Ins. Co. | GLWF16988674001 | 7/02/2023 to 7/02/2024 |
| Excess Liability - $1M limit | MV Realty PBC, LLC | Nautilus Insurance Company | AN1289179 | 7/14/2023 to 7/02/2024 |