

**ORDERED in the Southern District of Florida on September 25, 2023.**



Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| IN RE: <br><br> MV REALTY PBC, LLC, a Florida limited liability company, <br><br>     Debtor. | CASE NO. 23-17590-EPK <br><br> CHAPTER 11 |
|---|---|
| IN RE: <br><br> MV REALTY HOLDINGS, LLC, a Florida limited liability company, <br><br>     Debtor. | CASE NO. 23-17591-EPK <br><br> CHAPTER 11 |
| IN RE: <br><br> MV RECEIVABLES II, LLC, a Florida limited liabiity company, <br><br>     Debtor. | CASE NO. 23-17592-EPK <br><br> CHAPTER 11 |
| IN RE: <br><br> MV RECEIVABLES, III, LLC, a Florida limited liability company, <br><br>     Debtor. | CASE NO. 23-17593-EPK <br><br> CHAPTER 11 |

1

| IN RE: | CASE NO. 23-17596-EPK |
|---|---|
| MV REALTY PBC, LLC, a Pennsylvania limited liability company, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17600-EPK |
| MV REALTY OF SOUTH CAROLINA, LLC, a South Carolina limited liability company, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17595-EPK |
| MV REALTY OF NORTH CAROLINA, LLC, a North Carolina limited liability company, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17609-EPK |
| MV OF MASSACHUSETTS, LLC, a Massachusetts limited liability company, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17608-EPK |
| MV REALTY OF ILLINOIS, LLC, an Illinois limited liability company, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17597-EPK |
| MV REALTY OF ARIZONA, LLC, an Arizona limited liability company, | CHAPTER 11 |
| Debtor. | |

| IN RE: | CASE NO. 23-17611-EPK |
|---|---|
| MV REALTY OF CONNECTICUT, LLC, a Connecticut limited liability company,<br><br>    Debtor. | CHAPTER 11 |
| IN RE:<br><br>MV REALTY PBC, LLC, a Georgia limited liability company<br><br>    Debtor. | CASE NO. 23-17594-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF NEW JERSEY, LLC, a New Jersey limited liability company,<br><br>    Debtor. | CASE NO. 23-17603-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF WASHINGTON, LLC, a Washington limited liability company,<br><br>    Debtor. | CASE NO. 23-17607-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF MARYLAND, LLC, a Maryland limited liability company,<br><br>    Debtor. | CASE NO. 23-17602-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF VIRGINIA, LLC, a Virginia limited liability company,<br><br>    Debtor. | CASE NO. 23-17606-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF TENNESSEE, LLC, a Tennessee limited liability company,<br><br>    Debtor. | CASE NO. 23-17623-EPK<br><br>CHAPTER 11 |

| | |
|---|---|
| IN RE:<br><br>MV REALTY OF WISCONSIN, LLC, a Wisconsin limited liability company,<br><br>    Debtor. | CASE NO. 23-17625-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF NEVADA, LLC, a Nevada limited liability company,<br><br>    Debtor. | CASE NO. 23-17604-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF OREGON, LLC, an Oregon limited liability company,<br><br>    Debtor. | CASE NO. 23-17622-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF UTAH, LLC, a Utah limited liability company,<br><br>    Debtor. | CASE NO. 23-17624-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF MINNESOTA, LLC, a Minnesota limited liability company,<br><br>    Debtor. | CASE NO. 23-17618-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF INDIANA, LLC, an Indiana limited liability company,<br><br>    Debtor. | CASE NO. 23-17613-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF MISSOURI, LLC, a Missouri limited liability company,<br><br>    Debtor. | CASE NO. 23-17619-EPK<br><br>CHAPTER 11 |

| | |
|---|---|
| IN RE:<br><br>MV HOMES OF NEW YORK, LLC, a New York limited liability company,<br><br>    Debtor. | CASE NO. 23-17620-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF IDAHO, LLC, an Idaho limited liability company,<br><br>    Debtor. | CASE NO. 23-17612-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF ALABAMA, LLC, an Alabama limited liability company,<br><br>    Debtor. | CASE NO. 23-17610-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF COLORADO, LLC, a Colorado limited liability company,<br><br>    Debtor. | CASE NO. 23-17601-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF OKLAHOMA, LLC, an Oklahoma limited liability company,<br><br>    Debtor. | CASE NO. 223-17621-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF LOUISIANA, LLC,<br><br>    Debtor. | CASE NO. 23-17616-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF KANSAS, LLC, a Kansas limited liability company,<br><br>    Debtor. | CASE NO. 23-17614-EPK<br><br>CHAPTER 11 |

5

| IN RE:<br><br>MV REALTY OF KENTUCKY, LLC, a Kentucky limited liability company,<br><br>    Debtor. | CASE NO. 23-17615-EPK<br><br>CHAPTER 11 |
|---|---|
| IN RE:<br><br>MV REALTY OF CALIFORNIA, a California corporation,<br><br>    Debtor. | CASE NO. 23-17598-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF TEXAS, LLC, a Texas limited liability company,<br><br>    Debtor. | CASE NO. 23-17599-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF MICHIGAN, LLC, a Michigan limited liability company,<br><br>    Debtor. | CASE NO. 23-17617-EPK<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF OHIO, LLC, an Ohio limited liability company,<br><br>    Debtor. | CASE NO. 23-17605-EPK<br><br>CHAPTER 11 |

**ORDER GRANTING
DEBTORS' *EX-PARTE* MOTION FOR ENTRY
OF AN ORDER DIRECTING JOINT
ADMINISTRATION**

**THIS MATTER** came before the Court without hearing on the *Debtors' Ex-Parte Motion For Entry of an Order Directing Joint Administration* [ECF No. 2] (the "Motion")[1]

---

[1] The last four digits of the Debtors' federal tax identification numbers are: *MV Realty, PBC LLC (6755), MV Realty Holdings, LLC (3483), MV Receivables II, LLC (9368), MV Receivables III, LLC, MV Realty PBC, LLC (Pennsylvania) (7301), MV Realty of South Carolina, LLC (7322), MV Realty of North Carolina, LLC (3258), MV of Massachusetts, LLC (0864), MV Realty of Illinois, LLC (8814), MV Realty of Arizona,*

filed pursuant to Fed.R.Bankr.P. 1015 and Local Rule 1015-1(B)(2)(a), and the Court finding that good and sufficient cause exist in support of the relief requested on an *ex-parte* basis, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is GRANTED as provided herein.

2. The above-styled Chapter 11 cases shall be jointly administered. The case of *MV Realty PBC,* LLC, Case No. 23-17590-EPK is designated as "lead case."

3. The Clerk of the Court shall maintain a single file and docket for these jointly administered cases under the "lead case" number. However, proofs of claim filed shall indicate only the case name and number of the case in which the claims are asserted. Separate claims files, ballot files, and claims registers shall be maintained for each of the jointly administered cases.

4. A docket entry shall be made on the docket in each of the above-captioned cases (other than the "lead case") substantially as follows:

> "An order has been entered in this case directing the joint administration of the Chapter 11 cases of *MV Realty, PBC LLC, MV Realty Holdings, LLC, MV Receivables II, LLC, MV Receivables III, LLC, MV Realty PBC, LLC (Pennsylvania), MV Realty of South Carolina, MV Realty of North Carolina, LLC, MV of Massachusetts, LLC, MV Realty of Illinois, LLC, MV Realty of Arizona, LLC, MV Realty of Connecticut, LLC, MV Realty of Georgia, LLC, MV Realty of New Jersey, LLC, MV Realty of Washington, LLC, MV Realty of Maryland, LLC, MR Realty of Virginia, LLC, MV Realty of Tennessee, LLC, MV Realty of Wisconsin, LLC, MV Realty of Nevada, LLC, MV Realty of Oregon, LLC, MV Realty of Utah, LLC, MV Realty of Minnesota, LLC, MV Realty of Indiana, LLC, MV Realty of Missouri, LLC, MV Homes of New York, LLC, MV Realty of Idaho,*

---

*LLC (2725), MV Realty of Connecticut, LLC (8646), MV Realty PBC, LLC (Georgia) (6796), MV Realty of New Jersey, LLC (5008), MV Realty of Washington, LLC (7621), MV Realty of Maryland, LLC (9945), MV Realty of Virginia, LLC (2129), MV Realty of Tennessee, LLC (7701), MV Realty of Wisconsin, LLC (2683), MV Realty of Nevada, LLC (0799), MV Realty of Oregon, LLC (3046), MV Realty of Utah, LLC (4543), MV Realty of Minnesota, LLC (1678), MV Realty of Indiana, LLC (3566), MV Realty of Missouri, LLC (6503), MV Homes of New York, LLC (2727), MV Realty of Idaho, LLC (8185), MV Realty of Alabama, LLC (6462), MV Realty of Colorado, LLC (1176), MV Realty of Oklahoma, LLC *8174), MV Realty of Louisiana, LLC (3120), MV Realty of Kansas, LLC (2304), MV Realty of Kentucky, LLC (2302), MV Realty of California (7499), MV Realty of Texas, LLC (7182), MV Realty of Michigan, LLC (5280) and MV Realty of Ohio, LLC (0728).*

7

*LLC, MV Realty of Alabama, LLC, MV Realty of Colorado, LLC, MV Realty of Oklahoma, LLC, MV Realty of Louisiana, LLC, MV Realty of Kansas, LLC, MV Realty of Kentucky, LLC, MV Realty of California, MV Realty of Texas, LLC, MV Realty of Michigan, LLC and MV Realty of Ohio, LLC*. The docket in Case No. 23-17590-EPK should be consulted for all matters affecting this case."

5. Pleadings in these cases are authorized and shall be required to bear the following caption, which caption is approved in all respects:

UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>WEST PALM BEACH DIVISION

In re:                                                                                   Chapter 11 Cases

MV REALTY PBC, LLC, *et al.*                                   Case No. 23-17590-EPK
                                                                                          (Jointly Administered)

      Debtors.
_____/

6. Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 cases.

7. The Court retains jurisdiction to interpret and enforce this Order.

# # #

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue
Suite 1500
Ft. Lauderdale, Florida 33301
Tel. No. (954) 745-5897
mseese@seeselaw.com

Copies furnished to:

Michael D. Seese, Esq., who is directed to serve conforming copies of this Order upon all required parties and to file a certificate of service with the Court.