

**ORDERED in the Southern District of Florida on September 25, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| IN RE: | CASE NO. 23-17590-EPK |
|---|---|
| MV REALTY PBC, LLC *et al.*, | CHAPTER 11 |
| Debtors. | (Joint Administration Pending) |

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION FOR**
**AUTHORIZATION TO FILE A CONSOLIDATED CASE MANAGEMENT SUMMARY**

**THIS MATTER** came before the Court upon the Debtors' *Ex-Parte Motion for Authorization to File a Consolidated Case Management Summary* [ECF No. 8], and the Court having reviewed the Motion, having found that good and sufficient cause exists in support of relief requested, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Motion is GRANTED as provided herein.

2

      2.      The Debtors are authorized to file a consolidated case management summary without prejudice, however, to the rights of the United States Trustee to request that the Debtors each prepare and file a separate Case Management Summary, if deemed necessary

      3.      The Court retains jurisdiction to interpret and enforce this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Telephone No.: (954) 745-5897
mseese@seeselaw.com

Copies to:

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.