UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

MV REALTY PBC, LLC, *et al.*

    Debtors.

Chapter 11 Cases

Case No.  23-17590-EPK
(Jointly Administered)

_____/

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Berger Singerman LLP hereby appears as co-counsel for creditor, Monroe Capital Management Advisors, LLC, as agent ("Creditor") and files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

> Jordi Guso, Esq.
> BERGER SINGERMAN LLP
> 1450 Brickell Avenue, Suite 1900
> Miami, FL 33131
> Telephone:  (305) 755-9500
> Facsimile:  (305) 714-4340
> E-mail: jguso@bergersingerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any

12463481-1

notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights of the Creditor: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies the Creditor expressly reserve hereby.

DATED:  September 26, 2023    BERGER SINGERMAN LLP
*Counsel for Creditor*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel:  (305) 755-9500
Fax:  (305) 714-4340

By:  */s/ Jordi Guso*
    Jordi Guso
    Florida Bar No. 863580
    jguso@bergersingerman.com

2

12463481-1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 26th day of September 2023, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: _/s/ Jordi Guso_
      Jordi Guso

## CM/ECF SERVICE LIST

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com

12463481-1