**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: MV Realty PBC, LLC,                 Case No: 23-17590-EPK
Debtor                                                         Chapter 11

## MOTION TO APPEAR PURSUANT TO LOCAL RULE 2090-1(C)(3)

I, Schuyler Daum ("Movant"), a member in good standing of the bar of the Commonwealth of Massachusetts and employee of the Commonwealth of Massachusetts, specifically the Massachusetts Attorney General's Office, move to appear in the case listed above, and in any adversary proceedings therein.

Local Rule 2090-1(C)(3) states "[a]ny attorney who is an employee of . . . a state, municipality or agency or political subdivision thereof, may appear and participate in particular actions or proceedings before the court on behalf of such entity in the attorney's official capacity."

I represent the Commonwealth of Massachusetts in a lawsuit against the above-named Debtor in the Superior Court of Massachusetts, <u>Commonwealth of Massachusetts v. MV Realty PBC, LLC and MV of Massachusetts, LLC</u>, Civil Action No. 2284CV02823.

In the Debtor's Ex Parte Motion For Entry of an Order Directing Joint Administration, the Debtor admitted that this proceeding was initiated to "implement[ ] one or more strategies aimed at alleviating or otherwise minimizing the financial strain of the State Actions," including the Commonwealth of Massachusetts' suit. <u>See</u> Debtor's Ex Parte Mot. for Entry of an Order Directing Joint Administration, ECF No. 5, ¶ 43. The Commonwealth is also listed as a creditor in affiliated debtor, MV of Massachusetts, LLC's Form 204. List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, <u>In re: MV of Massachusetts, LLC</u>, 23-17609-EPK, ECF No. 6. As such, the Commonwealth of Massachusetts will have a strong interest in the proceedings of the above-captioned matter.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

I further certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.  I certify that I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

WHEREFORE, upon the foregoing representations, I respectfully request an order of this court authorizing me to appear in this case and in any adversary proceedings in this case on behalf of the Commonwealth of Massachusetts and for such other and further relief as may be just.

Dated: September 26, 2023

BY: _____
Schuyler Daum, BBO # 703340
Assistant Attorney General
Consumer Protection Division
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
617 963 2176
Schuyler.daum@mass.gov