**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| MV REALTY PBC, LLC, *et al.* | Case No.  23-17590-EPK |
| | (Jointly Administered) |
| Debtors. | |

_____/

### _EX-PARTE_ MOTION TO APPEAR _PRO HAC VICE_

I, Jordi Guso ("Movant"), of the law firm Berger Singerman LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Peter A. Siddiqui ("Visiting Attorney") of the law firm of Katten Muchin Rosenman LLP, an attorney admitted to practice and currently in good standing in the State of Illinois, the United States District Courts for the Northern and Central Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit, and qualified to practice in this court, who proposes to act as counsel for Creditor, Monroe Capital Management Advisors, LLC, as agent (the "Client") in the jointly administered cases listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of the Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for the Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel.  I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the cases identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of the Client.

12464050-1

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in these cases and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of the Client.  I understand that I am required to participate in the preparation and the presentation of the cases above and any such adversary proceedings and to accept service of all papers served in such cases and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of the Client and in any adversary proceedings in these cases in which the Visiting Attorney appears on behalf of the Client.  I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A.**

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Client, and indicating Movant as local counsel for the Client, and for such other and further relief as may

be just.

Dated: September 26, 2023

BERGER SINGERMAN LLP
*Local Counsel for Monroe Capital Management Advisors, LLC, as agent*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Jordi Guso*
    Jordi Guso
    Florida Bar No. 863580
    jguso@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 26th day of September 2023, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: */s/ Jordi Guso*
    Jordi Guso

3

12464050-1

### CM/ECF SERVICE LIST

- Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov
- Michael D. Seese, mseese@seeselaw.com, sseward@seeselaw.com
- Jordi Guso, jguso@bergersingerman.com, fsellers@bergersingerman.com, efile@bergersingerman.com, efile@ecf.inforuptcy.com
- Robin J. Rubens, rrubens@bergersingerman.com; efile@bergersingerman.com, efile@ecf.inforuptcy.com

4

# **EXHIBIT A**

## **(Affidavit of Proposed Visiting Attorney)**

12464050-1

## <u>AFFIDAVIT OF PROPOSED VISITING ATTORNEY</u>

I, Peter A. Siddiqui, am a member in good standing of the bar of the State of Illinois. I am admitted to practice and am in good standing before the United States District Courts for the Northern and Central Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I certify that I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of Monroe Capital Management Advisors, LLC, as agent (the "<u>Client</u>"). I designate Jordi Guso ("<u>Local Counsel</u>"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the cases above and any adversary proceedings in which I appear on behalf of the Client, and accept service of all papers served in such cases and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of

members of the Florida Bar.

Dated: September 26, 2023.                          KATTEN MUCHIN ROSENMAN LLP
                                                    525 West Monroe Street
                                                    Chicago, IL 60661-3693
                                                    Tel.  312-902-5200
                                                    Fax  312-902-1061

                                                    By: /s/ *Peter A. Siddiqui*
                                                          Peter A. Siddiqui
                                                          Illinois Bar No. 6278445
                                                          peter.siddiqui@katten.com

7

12464050-1

**<u>EXHIBIT B</u>**

(**<u>Proposed Order</u>**)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

MV REALTY PBC, LLC, *et al.*                  Case No.  23-17590-EPK
                                                         (Jointly Administered)

       Debtors.

_____/

## <u>ORDER ADMITTING ATTORNEY *PRO HAC VICE*</u>

      This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [ECF No. _____].  The court having reviewed the motion and good cause appearing, it is

      **ORDERED** that Peter A. Siddiqui ("<u>Visiting Attorney</u>") may appear before this court *pro hac vice* as counsel for Creditor, Monroe Capital Management Advisors, LLC, as agent (the "<u>Client</u>") in these jointly administered cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of the Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

12464069-1

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Jordi Guso, Esq.
> BERGER SINGERMAN LLP
> 1450 Brickell Avenue, Suite 1900
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile: (305) 714-4340
> Florida Bar No. 863580
> jguso@bergersingerman.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Client.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

#   #   #

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Jordi Guso, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*

2

12464069-1