UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

MV REALTY PBC, LLC                      Case No. 23-17590-EPK
                                                                   Chapter 11
                                                                   (Jointly Administered)

      Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned attorney hereby gives notice of appearance of SASHA FUNK GRANAI as counsel for THE OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS, and requests that all notices, pleadings and correspondence, which are required to be given in this case, and all papers served or required to be served in this case be given to and served upon the undersigned at the addresses and electronic mail addresses set forth below.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance of Counsel and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Court judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any

purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law, in equity or under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 26th day of September 2023.

> Respectfully submitted,
> ASHLEY MOODY
> ATTORNEY GENERAL
>
> **/s/ *Sasha Funk Granai*** 
> Sasha Funk Granai
> Deputy Director, Consumer Protection Division
> Florida Bar No. 96648
> Office of the Attorney General
> Department of Legal Affairs
> 3507 East Frontage Road, Suite 325
> Tampa, Florida 33607
> Phone: (813) 287-7950
> Facsimile: (813) 281-5515
> Email: Sasha.Granai@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26th, 2023, a true and correct copy of the foregoing was provided by electronic mail through this Court's CM/ECF electronic noticing system to: 1) Debtors' counsel, Michael D. Seese, Esq., 101 NE 3rd Ave., Suite 1500, Ft. Lauderdale, FL 33301; 2) Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 and 3) to all others who requested electronic noticing.

*/s/ Sasha Funk Granai*
Sasha Funk Granai
Deputy Director, Consumer Protection Division