UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| IN RE: | CASE NO. 23-17590-EPK |
|---|---|
| MV REALTY PBC, LLC *et al.*, | CHAPTER 11 |
| | (Jointly Administered) |
| Debtors. | |

**DEBTORS'** ***EX-PARTE*** **MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Each of the Debtors[1] in the above-captioned Chapter 11 case, by and through their proposed undersigned counsel, respectfully requests entry of an order of the Court granting them an extension of time to file schedules and statement of financial affairs, and states as follows:

**JURISDICTION AND VENUE**

1.  The Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding as defined in 28 U.S.C. §157(b)(2)(A).

2.  The statutory predicates for the relief requested herein are Fed.R.Bankr.P. 1007(c) and Local Rule 9013-1(C)(2).

---

[1] The last four digits of the Debtors' federal tax identification numbers are: *MV Realty, PBC LLC (6755), MV Realty Holdings, LLC (3483), MV Receivables II, LLC (9368), MV Receivables III, LLC, MV Realty PBC, LLC (Pennsylvania) (7301), MV Realty of South Carolina, LLC (7322), MV Realty of North Carolina, LLC (3258), MV of Massachusetts, LLC (0864), MV Realty of Illinois, LLC (8814), MV Realty of Arizona, LLC (2725), MV Realty of Connecticut, LLC (8646), MV Realty PBC, LLC (Georgia) (6796), MV Realty of New Jersey, LLC (5008), MV Realty of Washington, LLC (7621), MV Realty of Maryland, LLC (9945), MV Realty of Virginia, LLC (2129), MV Realty of Tennessee, LLC (7701), MV Realty of Wisconsin, LLC (2683), MV Realty of Nevada, LLC (0799), MV Realty of Oregon, LLC (3046), MV Realty of Utah, LLC (4543), MV Realty of Minnesota, LLC (1678), MV Realty of Indiana, LLC (3566), MV Realty of Missouri, LLC (6503), MV Homes of New York, LLC (2727), MV Realty of Idaho, LLC (8185), MV Realty of Alabama, LLC (6462), MV Realty of Colorado, LLC (1176), MV Realty of Oklahoma, LLC (8174), MV Realty of Louisiana, LLC (3120), MV Realty of Kansas, LLC (2304), MV Realty of Kentucky, LLC (2302), MV Realty of California (7499), MV Realty of Texas, LLC (7182), MV Realty of Michigan, LLC (5280) and MV Realty of Ohio, LLC (0728)*.

**GENERAL BACKGROUND**

1. On September 22, 2023, the Debtors each filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. The Debtors are in possession of their assets and operating their businesses as debtors-in-possession pursuant to the authority of 11 U.S.C. §§ 1107 and 1108.

2. These cases are being jointly administered under lead case, *In re: MV Realty PBC, LLC*, Case No. 23-17590-EPK.

3. The deadline for each of the Debtors to file schedules and statement of financial affairs was October 6, 2023.

4. The meeting of creditors, conducted pursuant to 11 U.S.C. § 341, is to be held on November 7, at 9:30 a.m.

**RELIEF REQUESTED**

5. The Debtors respectfully request an extension of the deadline, to file their respective schedules and statement of financial affairs, through and including Monday, October 23, 2023.

**BASIS IN SUPPORT OF RELIEF REQUESTED**

6. The Debtors and undersigned counsel have been working on the schedules and statement of financial affairs; however, additional time is necessary to permit undersigned counsel time in which to confer with the Debtors' representatives and complete the schedules and statement of financial affairs for all thirty-six (36) Debtors.

7. Pursuant to Local Rule 9013-1(C)(2), a motion to extend the deadline for filing schedules, statements, or lists, may be considered on an *ex parte* basis when the requested extension is not later than 7 days before the meeting of creditors. Here, the meeting of creditors

is to take place on November 7, 2023, and the Debtor is requesting an extension through and including October 23, 2023, or fourteen (14) days prior to the meeting of creditors.

8. Accordingly, the extension requested may be granted on an *ex parte* basis.

9. Finally, undersigned counsel inadvertently calendared the deadline for filing schedules and statement of financial affairs for October 7, 2023, which would have carried over to Tuesday, October 10, 2023. Additionally, undersigned counsel was traveling on Friday, October 6, 2023, and did not return until the evening of October 8, 2023. Undersigned counsel realized the foregoing when preparing this Motion and immediately requested relief.

10. There is no harm or prejudice in the event the relief requested is granted, as requests for extensions of time to file schedules and statement of financial affairs are routinely granted by bankruptcy courts, including in this District. Again, Local Rule 9013-1(C)(2) authorizes *ex parte* relief when the extended deadline is not later than 7 days prior to the meeting of creditors. Here, the requested extension is 14 days prior to the meeting of creditors. Accordingly, creditors and parties in interest shall have more time to review schedules and statements of financial affairs than is contemplated under Local Rule 9013-1(C)(2).

**WHEREFORE,** the Debtors respectfully request that the Court grant this Motion and enter an order extending the deadline for all Debtors to file schedules and statement of financial affairs through and including October 23, 2023, as well as granting any other and further relief that the Court may deem just and proper.

                                              s/Michael D. Seese
                                              Michael D. Seese
                                              SEESE, P.A.
                                              Attorneys for the Debtor
                                              101 N.E. 3rd Avenue
                                              Suite 1500
                                              Ft. Lauderdale, FL 33301
                                              Telephone:  954-745-5897
                                              mseese@seeselaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished *via* CM/ECF upon on all registered entitled to electronic notice as of the date filed.

                                              */s/ Michael D. Seese*
                                              Michael D. Seese, Esq.
                                                    FBN 997323