23 Oct 2023

TO: BANKRUPTCY CLERKS OFFICE   23-17590-EPK

FROM: Ronald D. Houston   3158 Altamont Ave East
Jacksonville, FL 32208

Subj: MV Reality

1. Please, I am Request Cancellation Contract with MV Reality.

2. Your Assistance in this Matter is Greatly Appreciated.

3. I am a disabilied Vet with 20 years service.


U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
OCT 3 0 2023
FILED ___ RECEIVED ___

Sincerely
Ronald D. Houston

Ronald Houston
3158 Altamont Ave E
Jacksonville, FL 32208-1374

JACKSONVILLE FL 320
24 OCT 2023 PM 4 L

Flagler Waterview Building
1515 North Flagler Dr., Suite 801
West Palm Beach, FL 33401

33401-343101