

**ORDERED in the Southern District of Florida on February 27, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-17590-EPK |
| MV REALTY PBC, LLC *et al.*, | CHAPTER 11 |
| Debtors. | (Jointly Administered) |

**AMENDED ORDER GRANTING**
**OFFICIAL COMMITTEE OF HOME BENEFITS AGREEMENT**
**HOLDERS' MOTION TO EXTEND BAR DATE TO FILE PROOFS OF CLAIM**
**FOR HOME BENEFIT AGREEMENT HOLDERS**

**THIS MATTER** originally came before the Court on January 31, 2024, at 3:00 p.m., upon

the scheduled hearing (the "Hearing")[1] on the *Official Committee of Home Benefits Agreement*

*Holders' Motion to Extend Bar Date to File Proofs of Claim for Home Benefit Agreement Holders*

---

[1] Unless defined in this Order, defined terms shall have the meanings ascribed to such terms in the Motion.

[ECF No. 660] (the "Motion") and the Court, having reviewed the file, having taken judicial notice of the *Agreed Order Granting Debtors' Motion for Entry of Amended Order Granting Official Committee of Home Benefits Agreement Holders' Motion to Extend Bar Date to File Proofs of Claim for Home Benefit Agreement Holders* [ECF No. 953], having noted that the Committee of Home Benefits Agreement Holders consents to the entry of this Order, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.    The Motion is granted as provided herein.

2.    The deadline by which Home Benefits Agreement holders shall have to file a proof of claim is extended through and including April 1, 2024.

3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Telephone No.: (954) 745-5897
mseese@seeselaw.com

Copies to:

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.