**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Case No. 23-17590-EPK |
| MV Realty PBC, LLC | Chapter 11 |
| Debtor._____/ | (Jointly Administered) |

**STIPULATION BETWEEN**
**THE DEBTORS AND THE UNITED STATES TRUSTEE ON THE**
**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT [ECF NO. 1009]**

MV Realty PBC, LLC, *et al.*[1], (the "Debtors") and the United States Trustee for Region 21 (the "United States Trustee") file this stipulation pursuant to the Court's *Order Setting Evidentiary Hearing on and Related Deadlines in Contested Matter* [ECF No. 1243] (the "Order Setting Evidentiary Hearing"), and state:

WHEREAS, the Debtors voluntarily filed cases under Chapter 11 of the Bankruptcy Code on September 22, 2023;

WHEREAS, the United States Trustee filed her *Motion to Dismiss or Convert* [ECF No. 1009] (the "Motion") the Debtors' bankruptcy cases on March 12, 2024;

WHEREAS, the Debtors opposed the United States Trustee's request for dismissal or

---

[1] The debtors in this jointly administered case are MV Realty PBC LLC, MV Realty Holdings, LLC, MV Receivables II, LLC, MV Receivables III, LLC, MV Realty PBC, LLC (Pennsylvania), MV Realty of South Carolina, MV Realty of North Carolina, LLC, MV of Massachusetts, LLC, MV Realty of Illinois, LLC, MV Realty of Arizona, LLC, MV Realty of Connecticut, LLC, MV Realty of Georgia, LLC, MV Realty of New Jersey, LLC, MV Realty of Washington, LLC, MV Realty of Maryland, LLC, MR Realty of Virginia, LLC, MV Realty of Tennessee, LLC, MV Realty of Wisconsin, LLC, MV Realty of Nevada, LLC, MV Realty of Oregon, LLC, MV Realty of Utah, LLC, MV Realty of Minnesota, LLC, MV Realty of Indiana, LLC, MV Realty of Missouri, LLC, MV Homes of New York, LLC, MV Realty of Idaho LLC, MV Realty of Alabama, LLC, MV Realty of Colorado, LLC, MV Realty of Oklahoma, LLC, MV Realty of Louisiana, LLC, MV Realty of Kansas, LLC, MV Realty of Kentucky, LLC, MV Realty of California, MV Realty of Texas, LLC, MV Realty of Michigan, LLC and MV Realty of Ohio, LLC.

conversion [ECF No. 1167];

WHEREAS, the Court determined that an evidentiary hearing was required to resolve the United States Trustee's Motion and issued the Order Setting Evidentiary Hearing, which scheduled the United States Trustee's Motion for trial beginning June 24 2024;

WHEREAS, the Debtors and the United States Trustee conferred and agreed to resolve the United States Trustee's Motion;

WHEREAS, the Debtors filed their *Notice of Consent to Voluntary Dismissal without Prejudice* [ECF No. 1419] (the "Consent to Dismissal"), which detailed the terms of the agreement between the Debtors and the United States Trustee; and

THEREFORE, in compliance with paragraph 11 of the Order Setting Evidentiary Hearing and in furtherance of resolution of the United States Trustee's Motion, the Debtors and the United States Trustee stipulate as follows:

1. AGREEMENT TO ABATE EVIDENTIARY HEARING DEADLINES PENDING CONSIDERATION OF STIPULATION. The Debtors and the United States Trustee agree to and request entry of an order abating the deadlines contained in the Order Setting Evidentiary Hearing and any discovery response deadlines until the Court may consider this stipulation for dismissal between the Debtors and the United States Trustee.[2]

2. AGREEMENT TO DISMISSAL WITHOUT PREJUDICE. The Debtors consent, and the United States Trustee agrees, to entry of an order dismissing the Debtors' bankruptcy cases without prejudice to resolve the United States Trustee's Motion, subject to the Court's approval.

3. AGREEMENT TO FILE OPERATING REPORTS AND PAY BANKRUPTCY FEES. The Debtors agree to and shall file all outstanding monthly operating reports and pay all

---

[2] The Debtors and the United States Trustee anticipate filing an agreed motion to abate the evidentiary hearing deadlines.

bankruptcy fees required to be paid pursuant to 28 U.S. Code § 1930(a)(6) within ten (10) days of entry of an order dismissing the Debtors' bankruptcy cases. The Debtors agree to the order of dismissal including such language.

4. <u>AGREEMENT TO CANCELATION OF EVIDENTIARY HEARING.</u> The Debtors and the United States Trustee agree to the order of dismissal including language cancelling the evidentiary hearing and terminating the related deadlines upon.

5. <u>REQUEST FOR RESERVATION OF JURISDICTION TO ENFORCE THE ORDER OF DISMISSAL AND CONSIDER APPLICATIONS FOR COMPENSATION.</u> The Debtors and the United States Trustee agree to and request the Court to reserve jurisdiction to enforce the terms of the dismissal order and to consider any applications for compensation filed pursuant to 11 U.S.C. § 330 within fourteen (14) days after entry of the order dismissing the Debtors' bankruptcy cases.

DATED:     May 20, 2024.

Respectfully Submitted,

| | |
|---|---|
| MV Realty PBC, LLC, *et al*.<br>Debtors | Mary Ida Townson<br>United States Trustee for Region 21 |
| */s/ Aaron A. Wernick*<br>Aaron A. Wernick<br>Florida Bar No. 14059<br>Wernick Law, PLLC<br>2255 Glades Road, Suite 324A<br>Boca Raton, FL<br>(561) 961-0922<br>awernick@wernicklaw.com | */s/ Heidi A. Feinman*<br>Heidi A. Feinman<br>Assistant United States Trustee<br>Florida Bar No. 879460<br>Office of the United States Trustee<br>51 SW 1st Avenue, Room 1204<br>Miami, FL 33130<br>(305) 536-7285<br>heidi.a.feinman@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **STIPULATION BETWEEN THE DEBTORS AND THE UNITED STATES TRUSTEE ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT [ECF NO. 1009]** was electronically filed with the Court using the CM/ECF system**,** which sent notification to all parties of interest participating in the CM/ECF system and mailed via U.S. Mail, First Class to the following parties:

| | |
|---|---|
| Alison L. Archer | alison.archer@ohioattorneygeneral.gov , trish.lazich@OhioAGO.gov |
| Daniel David Bahls | daniel.bahls@mass.gov |
| Reka Beane | Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com |
| John C. Brock | bk@exllegal.com, jcb@exllegal.com |
| Michael J Brooks | pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com; brooks.michaelr100502@notify.bestcase.com |
| Scott N Brown | sbrown@bastamron.com, hharrison@bastamron.com; jmiranda@bastamron.com; kszolis@bastamron.com; jleggett@bastamron.com |
| Danielle Burns | drburns@duanemorris.com, jfgarcia@duanemorris.com; mlchapski@duanemorris.com |
| Renee Cadmus | renee.cadmus@law.njoag.gov |
| Eric Carnevale | eric.carnevale@mass.gov |
| Allison L. Carr | acarr@attorneygeneral.gov |
| Shawn M Christianson | schristianson@buchalter.com, cmcintire@buchalter.com |
| Keith Turner Clayton | kclayton@ncdoj.gov |
| Heather M Crockett | heather.crockett@atg.in.gov, marie.baker@atg.in.gov |
| Patrick Crotty | patrick.crotty@myfloridalegal.com |
| Schuyler Daum | schuyler.daum@mass.gov |
| Heather A DeGrave | hdegrave@walterslevine.com, jduncan@walterslevine.com |
| David Dudley | david.dudley@cfpb.gov |
| Elizabeth W Eckhart | eeckhart@logs.com, LOGSECF@logs.com |
| Morgan B. Edelboim | morgan@elrolaw.com, eservice@elrolaw.com; tisha@elrolaw.com; olivia@elrolaw.com; virginia@elrolaw.com |
| Asa Edwards | aedwards@ncdoj.gov |
| Kristina E Feher | kfeher@feherlaw.com |
| Heidi A Feinman | Heidi.A.Feinman@usdoj.gov |
| G Steven Fender | steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Melbalynn Fisher | mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Florida Office of The Attorney General (Celine Funk Granai) | sasha.granai@myfloridalegal.com, zivile.rimkevicius@myfloridalegal.com |
| Jacob Pace Ford | jacobp.ford@ky.gov |
| Lillian Leona Frank | Leona.Frank@atg.in.gov, marie.baker@atg.in.gov |
| Jeffrey S Fraser | bkfl@albertellilaw.com, anhsalaw@infoex.com |
| Neisi I Garcia Ramirez | neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com |
| William Travis Garrison | travis.garrison@OhioAGO.gov |
| John Constantine Gekas | john.gekas@saul.com |
| James Marshall Gilmore | mgilmore@mgilmorelaw.com |
| John Winston Grantham | john.grantham@ago.mo.gov |
| Brady Jerome Grassmeyer | brady.grassmeyer@coag.gov, rick.vanwie@coag.gov |
| Seth J Greenhill | sgreenhill@padgettlaw.net, bkecf@padgettlawgroup.com; sgreenhill_905@ecf.courtdrive.com; Makesha.Caldwell@padgettlawgroup.com; |

|  |  |
|---|---|
|  | angelica.reyes@padgettlawgroup.com; BKecf@padgettlawgroup.com; NSbkecf@padgettlaw.net; PLG@ecf.courtdrive.com; bkecf@padge |
| Can Guner | cguner@raslg.com, cguner@raslg.com |
| Jordi Guso | jguso@bergersingerman.com, fsellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com |
| Robert A Gusrae | ROBERT.GUSRAE@GMAIL.COM, gusraelaw@gmail.com; gusrae.robertr101832@notify.bestcase.com |
| Teresa M Hair | teresa.hair@brockandscott.com, WBECF@brockandscott.com |
| Michael S Hill | hillm19@michigan.gov, balldayl@michigan.gov |
| Patrick A Hruby | wbecf@brockandscott.com |
| Keley Jacobson | kjacobson@mtglaw.com |
| Jacquelyn L. Kneidel | jkneidel@law.ga.gov |
| Gerard M Kouri Jr. | gmkouripaecf@gmail.com, gmkouri@bellsouth.net |
| Jessey J Krehl | jessey@packlaw.com |
| John J. Kucera | jkucera@bsfllp.com |
| Keith Labell | keith.labell@decubaslewis.com, klabell@raslg.com |
| Susan D. Lasky | ECF@suelasky.com, ecfsuelasky@gmail.com; r48532@notify.bestcase.com |
| Jennifer Laufgas | ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Patricia D Lazich | trish.lazich@ohioago.gov |
| Justin D Leonard | justin.leonard@doj.state.or.us |
| Peter H Levitt | plevitt@shutts-law.com, sboisvert@shutts.com |
| Noah C Lewellen | noah.lewellen@ag.state.mn.us |
| Scott C Lewis | bkfl@albertellilaw.com, anhsalaw@infoex.com |
| Ellen K Lyons | ellen.lyons@myfloridalegal.com, jennifer.dasilva@myfloridalegal.com |
| Christopher Robert Meyer | christopher.meyer@law.njoag.gov |
| Lauren A. Michaels | LMichaels@attorneygeneral.gov |
| Charlene D Moody | charlie@ncrec.gov |
| Alexandra I Morgan | alexandra.morgan@ky.gov |
| Wanda D Murray | ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com |
| Nathan H Nielson | Nathan.Nielson@ag.idaho.gov |
| Nicole M Noel | bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com |
| Megan Nyman | mnyman@bsfllp.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Joseph A Pack | joe@packlaw.com |
| Jennifer H Pinder | Jennifer.pinder@myfloridalegal.com, zivile.rimkevicius@myfloridalegal.com, angela.godbey@myfloridalegal.com |
| Justin D Plean | justin.plean@qpwblaw.com |
| Steven G. Powrozek | spowrozek@logs.com, LOGSECF@logs.com |
| Erin M Quinn | equinn@quinnlegal.com, kmiller@bowenquinn.com |
| Brian Rabinovitz | brabinovitz@ncdoj.gov |
| Mark S. Roher | mroher@markroherlaw.com, ECF.markroherlaw@gmail.com; ECF2.markroherlaw@gmail.com |
| Robin J. Rubens | rrubens@bergersingerman.com, efile@ecf.inforuptcy.com; efile@bergersingerman.com |
| Maya Rubinov | bankruptcy@vanlawfl.com |
| Sean Phillip Saval | sean.saval@myfloridalegal.com |
| Lindsey Savastano | Lindsey.Savastano@gmlaw.com, michelle.torres@gmlaw.com |
| Christian Savio | csavio@mls-pa.com, kvera@dsmandellaw.com |
| Parker Schnell | pschnell@oag.state.md.us |
| Adam Grant Schwartz | adam@atlas-solomon.com |
| Michael D. Seese | mseese@seeselaw.com, sseward@seeselaw.com |

| | |
|---|---|
| Bradley S Shraiberg | bss@slp.law, dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |
| Matthew A Silverman | bankruptcyUnit@azag.gov |
| Jason Slatkin | jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Gavin N Stewart | bk@stewartlegalgroup.com |
| Rachael A Stokas | rachael.stokas@ilag.gov |
| April H Stone | AStone@tmppllc.com |
| ReShaundra M Suggs | bankruptcy@mgs-legal.com, bankruptcy@mgs-legal.com |
| Raychelle A Tasher | Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov; Shannon.Patterson@usdoj.gov |
| James Timko | jtimko@deanmead.com, mgodek@deanmead.com |
| Toni Townsend | toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Barry Seth Turner | bt@bstpa.com, bstpalaw@gmail.com |
| Melissa L. Van Eck | mvaneck@attorneygeneral.gov |
| Ana Carolina Varela | avarela@bsfllp.com, ana-varela-6157@ecf.pacerpro.com |
| Miles Vaughn | miles.vaughn@myfloridalegal.com |
| Debra Djupman Warring | dwarring@attorneygeneral.gov |
| Matthew T Wasinger | mattw@wasingerlawoffice.com |
| Jason A. Weber | jaw@tblaw.com, Nboffill@tblaw.com |
| Aaron A Wernick | awernick@wernicklaw.com, awernick@ecf.courtdrive.com; crubin@wernicklaw.com; cworkinger@wernicklaw.com; caftimos@wernicklaw.com; mortman@wernicklaw.com |
| Stuart F Wilson-Patton | stuart.wilson-patton@ag.tn.gov |

Janine Audet
14955 N 149 Ln
Surprise, AZ 85379

Jennifer Bec-Sanchez
733 Selkirk St
West Palm Beach, FL 33405

Sharon Blandi
757 Coach Light Dr
Casselberry, FL 32730

Walter E. Brock
3101 Glenwood Ave #200
Raleigh, NC 27612

Angela C. De Cespedes
701 Brickell Ave 17th Flr
Miami, FL 33131

Mary Jane Dennison
1705 NE Oak St
Arcadia, FL 34266

Victor Ray Dennison
1705 NE Oak St
Arcadia, FL 34266

Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

John C. Gekas
161 North Clark Suite 4200
Chicago, IL 60601

Kenneth N. Hebeisen
525 West Monroe Street
Chicago, IL 60661-3692

Ronald Houston
3158 Altamont Ave E
Jacksonville, FL 32208-1374

William Hudson
1605 Eagle Dr
Woodstock, GA 30189

Do Yeon Irene Kim
6951 Edgefield Ln
Orlando, FL 32822

Simon Leen
2029 Century Park East Suite 1520
Los Angeles, CA 90067

Joseph J. Luzinski
Development Specialists Inc.
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309

Diane Lyle
9389C Boca Gardens Pkwy
Boca Raton, FL 33496

Jordan C. May
4750 Table Mesa Dr.
Boulder, CO 80305

Vaughnita Parlett
201 Allens Way Dr
Edgewater, MD 21037

John Rao
7 Winthrop Square
Boston, MA 02110

Peter A. Siddiqui
525 West Monroe Street
Chicago, IL 60661-3693

State of Indiana
Indiana Attorney General
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Edward Urban
2835 NE 16th St
Pompano Beach, FL 33062

Benjamin Waisbren
1401 New York Ave, NW
Washington, DC 20005

David A. Wallace
280 Plaza #1300
280 North High Street
Columbus, OH 43215

Jack Wilson
1401 New York Ave, NW
Washington, DC 20005

Allison E. Yager
525 West Monroe Street
Chicago, IL 60661-3693

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

      DONE this the 20th day of May, 2024.

                                                            /s/
                                          HEIDI A. FEINMAN
                                          Assistant United States Trustee