

ORDERED in the Southern District of Florida on May 24, 2024.

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| IN RE: | : | CHAPTER 11 |
|---|---|---|
| | : | |
| MV REALTY PBC, LLC, | : | CASE NO. 23-17590-EPK |
| MV REALTY HOLDINGS, LLC, | : | CASE NO. 23-17591-EPK |
| MV RECEIVABLES II, LLC, | : | CASE NO. 23-17592-EPK |
| MV RECEIVABLES III, LLC, | : | CASE NO. 23-17593-EPK |
| MV REALTY PBC, LLC, | : | CASE NO. 23-17594-EPK |
| MV REALTY OF NORTH CAROLINA, LLC, | : | CASE NO. 23-17595-EPK |
| MV REALTY PBC, LLC, | : | CASE NO. 23-17596-EPK |
| MV REALTY OF ARIZONA, LLC, | : | CASE NO. 23-17597-EPK |
| MV REALTY OF CALIFORNIA, INC., | : | CASE NO. 23-17598-EPK |
| MV REALTY OF TEXAS, LLC, | : | CASE NO. 23-17599-EPK |
| MV REALTY OF SOUTH CAROLINA, | : | CASE NO. 23-17600-EPK |
| MV REALTY OF COLORADO, LLC, | : | CASE NO. 23-17601-EPK |
| MV REALTY OF MARYLAND, LLC, | : | CASE NO. 23-17602-EPK |
| MV REALTY OF NEW JERSEY, LLC, | : | CASE NO. 23-17603-EPK |
| MV REALTY OF NEVADA, LLC, | : | CASE NO. 23-17604-EPK |
| MV REALTY OF OHIO, LLC, | : | CASE NO. 23-17605-EPK |
| MV REALTY OF VIRGINIA, LLC, | : | CASE NO. 23-17606-EPK |
| MV REALTY OF WASHINGTON, LLC, | : | CASE NO. 23-17607-EPK |
| MV REALTY OF ILLINOIS, LLC, | : | CASE NO. 23-17608-EPK |
| MV REALTY OF MASSACHUSETTS, LLC, | : | CASE NO. 23-17609-EPK |
| MV REALTY OF ALABAMA, LLC, | : | CASE NO. 23-17610-EPK |
| MV REALTY OF CONNECTICUT, LLC, | : | CASE NO. 23-17611-EPK |
| MV REALTY OF IDAHO, LLC, | : | CASE NO. 23-17612-EPK |
| MV REALTY OF INDIANA, LLC, | : | CASE NO. 23-17613-EPK |
| MV REALTY OF KANSAS, LLC, | : | CASE NO. 23-17614-EPK |
| MV REALTY OF KENTUCKY, LLC, | : | CASE NO. 23-17615-EPK |
| MV REALTY OF LOUISIANA, LLC, | : | CASE NO. 23-17616-EPK |

| | | |
|---|---|---|
| MV REALTY OF MICHIGAN, LLC, | : | CASE NO. 23-17617-EPK |
| MV REALTY OF MINNESOTA, LLC, | : | CASE NO. 23-17618-EPK |
| MV REALTY OF MISSOURI, LLC, | : | CASE NO. 23-17619-EPK |
| MV REALTY OF NEW YORK, LLC, | : | CASE NO. 23-17620-EPK |
| MV REALTY OF OKLAHOMA, LLC, | : | CASE NO. 23-17621-EPK |
| MV REALTY OF OREGON, LLC, | : | CASE NO. 23-17622-EPK |
| MV REALTY OF TENNESSEE, LLC, | : | CASE NO. 23-17623-EPK |
| MV REALTY OF UTAH, LLC, | : | CASE NO. 23-17624-EPK |
| MV REALTY OF WISCONSIN, LLC, | : | CASE NO. 23-17625-EPK |
| Debtors. | : | (Jointly Administered) |

## ORDER DISMISSING CASES

This matter came before the Court on May 22, 2024, at 2:30 p.m. on the *Notice of Consent to Voluntary Dismissal Without Prejudice* [ECF No. 1419] filed by MV Realty PBC, LLC, *et al.* (collectively, the "Debtors") and the *Stipulation Between the Debtors and the United States Trustee on the United States Trustee's Motion to Dismiss or Convert* [ECF No. 1462] jointly submitted by the Debtors and the United States Trustee for Region 21 (the "United States Trustee"). The Court, having reviewed such consent and stipulation, finds that the Debtors consent to cause existing pursuant to 11 U.S.C. § 1112(b) and that dismissal is in the best interest of the creditors, and taking specific judicial notice of the entire contents of the Court' file for the reasons stated on the record, the Court ORDERS follows:

1. These jointly administered Chapter 11 cases are **DISMISSED without prejudice**.

2. The deadlines set by the *Order Setting Evidentiary Hearing on and Related Deadlines in Contested Matter* [ECF No. 1243] are terminated, all related discovery is quashed, and the evidentiary hearing scheduled for June 24, 2024, is cancelled.

3. The Debtors shall file monthly operating reports through the date of dismissal with the Court using the appropriate monthly operating reports and each shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days after the entry of this Order.

4. The Debtors shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs, and charges in connection with their bankruptcy cases within ten (10) days after the entry of this Order.

5. The Court retains jurisdiction to consider all applications for compensation filed pursuant to 11 U.S.C. § 330 and all requests for administrative expenses pursuant to 11 U.S.C. § 503(b)(1)(A). Any party that has filed any such application or request may amend their prior filing or file a separate application or request for any additional amounts. All such applications and requests, including any amendments, shall be filed with the Court not later than twenty-one (21) days after the entry of this Order. The hearings to approve such applications and claims will be set by separate notice.

6. The Court retains jurisdiction to interpret and enforce the provisions of this Order.

####

Submitted by:
Heidi A. Feinman
Office of the United States Trustee
51 SW First Ave., Suite 1204
Miami, FL 33130
Heidi.A.Feinman@usdoj.gov

The Debtors are directed to serve a copy of this Order upon all creditors and parties in interest and file a certificate of service with the Court indicating service of the same within three (3) days after entry of this Order.