## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 23-17590-EPK |
| MV REALTY PBC, LLC *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

### OFFICIAL COMMITTEE OF HOME BENEFITS AGREEMENT HOLDERS' EX PARTE MOTION FOR ORDER TO SHOW CAUSE

**COMES NOW** the Official Committee of Home Benefits Agreement Holders (the "Committee"), by and through Boies Schiller Flexner LLP ("BSF"), respectfully requests that the Court enter an order directing MV Realty PBC, LLC ("MV Realty") to show cause as to why it should not be held in contempt for failure to comply with a prior Court order, and states as follows in support:

1. On June 14, 2024, BSF filed its Final Application for Allowance of Fees and Reimbursement of Expenses for the period from November 23, 2023, through May 31, 2024 [ECF 1595 at 2].

---

[1] The last four digits of the Debtors' federal tax identification numbers are: MV Realty, PBC LLC (6755), MV Realty Holdings, LLC (3483), MV Receivables II, LLC (9368), MV Receivables III, LLC (6793), MV Realty PBC, LLC (Pennsylvania) (7301), MV Realty of South Carolina, LLC (7322), MV Realty of North Carolina, LLC (3258), MV of Massachusetts, LLC (0864), MV Realty of Illinois, LLC (8814), MV Realty of Arizona, LLC (2725), MV Realty of Connecticut, LLC (8646), MV Realty PBC, LLC (Georgia) (6796), MV Realty of New Jersey, LLC (5008), MV Realty of Washington, LLC (7621), MV Realty of Maryland, LLC (9945), MV Realty of Virginia, LLC (2129), MV Realty of Tennessee, LLC (7701), MV Realty of Wisconsin, LLC (2683), MV Realty of Nevada, LLC (0799), MV Realty of Oregon, LLC (3046), MV Realty of Utah, LLC (4543), MV Realty of Minnesota, LLC (1678), MV Realty of Indiana, LLC (3566), MV Realty of Missouri, LLC (6503), MV Homes of New York, LLC (2727), MV Realty of Idaho, LLC (8185), MV Realty of Alabama, LLC (6462), MV Realty of Colorado, LLC (1176), MV Realty of Oklahoma, LLC (8174), MV Realty of Louisiana, LLC (3120), MV Realty of Kansas, LLC (2304), MV Realty of Kentucky, LLC (2302), MV Realty of California (7499), MV Realty of Texas, LLC (7182), MV Realty of Michigan, LLC (5280), and MV Realty of Ohio, LLC (0728).

2.       On September 12, 2024, pursuant to BSF's application, this Court entered an order awarding BSF "fees in the amount of $338,580.38 to be paid in 10 monthly installments of $33,858.04 per month, commencing on the first of the month following the date that this order becomes final" (the "Order") [ECF 1634 at 2].

3.       Notably, the Court "retain[ed] jurisdiction to hear and determine all matters arising from or related to the implementation of th[e] Order." *Id.* at 2.

4.       Pursuant to the Order, MV Realty's first payment of $33,858.04 was due on October 1, 2024, however MV Realty failed to make any payment to BSF in accordance with that Court-ordered date.

5.       On October 2, 2024, BSF contacted MV Realty's counsel to advise that MV Realty failed to pay BSF in accordance with the Order.

6.       Since October 2, 2024, BSF and MV Realty have engaged in discussions related to MV Realty's failure to comply with the Court order, but those discussions have failed to achieve a resolution.

7.       To date, BSF has not received any payment from MV Realty pursuant to the Order.

8.       On information and belief, since at least October 1, 2024, MV Realty has not made any or at least most of its payments to bankruptcy professionals directed to be paid pursuant to a Court-ordered payment schedule.

/ / /

/ / /

/ / /

9. Accordingly, BSF respectfully asks that the Court enter an order requiring MV Realty to show cause as to why the Court should not hold MV Realty in contempt for failure to pay BSF's fees and to comply with this Court's order requiring payment of BSF's fees.

**WHEREFORE**, the Committee respectfully requests that this Court set a hearing on this motion at the earliest opportunity and grant further relief the Court may deem fair and proper.

Dated: October 29, 2024

Respectfully submitted,

By: */s/ Benjamin Waisbren*
Benjamin Waisbren (DC Bar. No. 90018803)
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Phone 202 237 2727
bwaisbren@bsfllp.com

John Kucera (CA Bar No. 274184)
Boies Schiller Flexner LLP
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Phone 213 995 5758
jkucera@bsfllp.com

Ana Carolina Varela (Fla. Bar. No. 123069)
Megan Nyman (Fla. Bar No. 1031259)
Boies Schiller Flexner LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Phone 954 377 4237
avarela@bsfllp.com
mnyman@bsfllp.com

*Counsel to the Official Committee of Home Benefits Agreement Holders*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 29th day of October, 2024, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: */s/ Benjamin Waisbren*
Benjamin Waisbren