UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re: | Case No. 23-17590 (EPK) |
|---|---|
| MV REALTY PBC, LLC *et al.*, [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**EPIQ CORPORATE RESTRUCTURING, LLC'S
MOTION FOR ORDER TO SHOW CAUSE**

Epiq Corporate Restructuring, LLC ("Epiq"), by its undersigned counsel, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), directing the above-captioned debtors (the "Debtors") to show cause as to why they should not be held in contempt for failure to comply with a prior Court order. In support of this Motion, Epiq respectfully states as follows:

1. On October 2, 2023, the Debtors filed the *Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ Epiq Corporate Restructuring, LLC as Notice, Claims, and Solicitation Agent, and Call Center Operator, as Such Services May be Necessary and Required, Effective*

---

[1] The last four digits of the Debtors' federal tax identification numbers are: MV Realty, PBC LLC (6755), MV Realty Holdings, LLC (3483), MV Receivables II, LLC (9368), MV Receivables III, LLC (6793), MV Realty PBC, LLC (Pennsylvania) (7301), MV Realty of South Carolina, LLC (7322), MV Realty of North Carolina, LLC (3258), MV of Massachusetts, LLC (0864), MV Realty of Illinois, LLC (8814), MV Realty of Arizona, LLC (2725), MV Realty of Connecticut, LLC (8646), MV Realty PBC, LLC (Georgia) (6796), MV Realty of New Jersey, LLC (5008), MV Realty of Washington, LLC (7621), MV Realty of Maryland, LLC (9945), MV Realty of Virginia, LLC (2129), MV Realty of Tennessee, LLC (7701), MV Realty of Wisconsin, LLC (2683), MV Realty of Nevada, LLC (0799), MV Realty of Oregon, LLC (3046), MV Realty of Utah, LLC (4543), MV Realty of Minnesota, LLC (1678), MV Realty of Indiana, LLC (3566), MV Realty of Missouri, LLC (6503), MV Homes of New York, LLC (2727), MV Realty of Idaho, LLC (8185), MV Realty of Alabama, LLC (6462), MV Realty of Colorado, LLC (1176), MV Realty of Oklahoma, LLC (8174), MV Realty of Louisiana, LLC (3120), MV Realty of Kansas, LLC (2304), MV Realty of Kentucky, LLC (2302), MV Realty of California (7499), MV Realty of Texas, LLC (7182), MV Realty of Michigan, LLC (5280), and MV Realty of Ohio, LLC (0728).

1

*September 22, 2023* [ECF No. 49] (the "Employment Application"). The Court entered an order [ECF No. 63] (the "Employment Order") approving the Employment Application on October 6, 2023.

2. The Employment Order provided that fees and expenses incurred by Epiq pursuant to the Employment Application and Employment Order shall be administrative expenses of the Debtors' estates. *See* Employment Order at ¶ 6.

3. On May 22, 2024, Epiq filed *Epiq Corporate Restructuring, LLC's Motion for the Allowance and Payment of Section 503(b)(1)(A) Administrative Claim* [ECF No. 1513] (the "Application").

4. On May 24, 2024, the Court entered the *Order Dismissing Cases* [ECF No. 1523] (the "Dismissal Order"), which dismissed the chapter 11 cases without prejudice. The Dismissal Order set a deadline of twenty-one (21) days following entry of the Dismissal Order to file applications for administrative expenses under 11 U.S.C. § 503(b)(1)(A) and applications for compensation under 11 U.S.C. § 330.

5. On June 14, 2024, Epiq timely amended the Application [ECF No. 1586] (the "Amended Application"). The Amended Application requested payment of $616,557.19 for services that Epiq performed for the Debtors for the period of December 1, 2023 through May 31, 2024.

6. On August 23, 2024, this Court entered an agreed order awarding Epiq an administrative claim in the amount of $525,000 to be paid in 10 monthly installments of $52,000 per month. *See* ECF No. 1630 (the "Fee Order"). Paragraph 3 of the Fee Order provides that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of the Fee Order.

7. Under the Fee Order, the Debtors' first payment of $52,000 was due on October 1, 2024. To date, the Debtors have failed to make a single installment payment in accordance with the Fee Order. As a result, as of the date hereof, the Debtors owe $260,000 to Epiq pursuant to the Fee Order.

8. Accordingly, Epiq respectfully requests that the Court enter the Proposed Order requiring the Debtors to show cause as to why the Court should not hold the Debtors in contempt for failure to pay Epiq's fees and to comply with this Court's Fee Order.

2

**WHEREFORE**, Epiq respectfully requests that this Court (i) enter the Proposed Order granting this Motion and (ii) grant such other and further relief the Court may deem fair and proper.

Dated: February 24, 2025  
Miami, Florida

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Rachel Nanes  
Rachel Nanes (FL Bar No. 85167)  
200 South Biscayne Boulevard, Suite 2500  
Miami, Florida 33131  
Telephone: (305) 423-8500 (Main)  
Telephone: (305) 423-8563 (Direct)  
Facsimile: (305) 675-8206  
Email:  rachel.nanes@us.dlapiper.com

*Counsel to Epiq Corporate Restructuring, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission through the CM/ECF system with the Clerk of Court or via first class mail and/or e-mail upon all parties on the service list below.

By: <i>/s/ Rachel Nanes</i><br>
Rachel Nanes (FL Bar No. 85167)

**Electronic Mail:**
- Aaron A. Wernick; awernick@wernicklaw.com
- Hayley G. Harrison; hharrison@wenicklaw.com
- Antony Mitchell; Amitchell@homesatmv.com
- Office of the U.S. Trustee; Heidi.a.feinman@usdoj.gov, martin.p.ochs@usdoj.gov, john.s.schank@usdoj.gov
- Megan Nyman; mnyman@bsfllp.com
- Ana Carolina Varela; avarela@bsfllp.com